```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 28889
    TIMOTHY JOHN ARAMBASICH
    MICHELLE E ARAMBASICH                       CHAPTER 13

                                                JUDGE: BRUCE W BLACK
              Debtor
    SSN XXX-XX-8460      SSN XXX-XX-2703
```

---

## TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 07/21/05 and confirmed on 10/24/05.

2. The plan is paid in full.

3. The Debtor paid a total of $ 21458.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| AMERICAN HONDA FINANCE C | UNSECURED | 9187.81 | .00 | 918.78 |
| GMAC PAYMENT CENTER | SECURED VEHIC | 3134.49 | 125.51 | 3134.49 |
| BECKET & LEE LLP | UNSECURED | 9275.19 | .00 | 927.52 |
| BECKET & LEE LLP | UNSECURED | 9476.28 | .00 | 947.63 |
| BECKET & LEE LLP | UNSECURED | 406.86 | .00 | 40.69 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 6232.84 | .00 | 623.28 |
| JP MORGAN CHASE BANK | UNSECURED | NOT FILED | .00 | .00 |
| JP MORGAN CHASE BANK | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 667.69 | .00 | 66.77 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 379.55 | .00 | 37.96 |
| BECKET & LEE LLP | UNSECURED | 4543.26 | .00 | 454.33 |
| CAPITAL ONE BANK | UNSECURED | 856.48 | .00 | 85.65 |
| CAPITAL ONE BANK | UNSECURED | 1147.79 | .00 | 114.78 |
| CAPITAL ONE BANK | UNSECURED | 1024.52 | .00 | 102.45 |
| CAPITAL ONE BANK | UNSECURED | 2674.18 | .00 | 267.42 |
| CAPITAL ONE BANK | UNSECURED | 2677.88 | .00 | 267.79 |
| CAPITAL ONE BANK | UNSECURED | 1028.90 | .00 | 102.89 |
| SMC | UNSECURED | 669.94 | .00 | 66.99 |
| CENTRAL PROFESSIONAL GRO | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| ECAST SETTLEMENT CORPORA | UNSECURED | 16953.57 | .00 | 1695.36 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 614.16 | .00 | 61.42 |
| ROUNDUP FUNDING LLC | UNSECURED | 180.07 | .00 | 18.01 |
| CLIFTON CUNDERSON LLC | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 20738.72 | .00 | 2073.87 |
| DISCOVER BANK | UNSECURED | 12717.58 | .00 | 1271.76 |
| FIRST NATIONAL BANK OF O | UNSECURED | NOT FILED | .00 | .00 |

```
HARRIS TRUST                 UNSECURED         5487.05          .00       548.71
ROUNDUP FUNDING LLC          UNSECURED         7116.54          .00       711.65
ECAST SETTLEMENT CORPORA     UNSECURED        11735.93          .00      1173.59
ECAST SETTLEMENT CORPORA     UNSECURED         6823.25          .00       682.33
BECKET & LEE LLP             UNSECURED         1681.31          .00       168.13
WORLD FINANCIAL NETWORK      UNSECURED         1214.06          .00       121.41
RETAILERS NATL BANK          UNSECURED        NOT FILED         .00           .00
B LINE LLC                   UNSECURED         4614.27          .00       461.43
ECAST SETTLEMENT CORPORA     UNSECURED          582.32          .00        58.23
PORTFOLIO RECOVERY ASSOC     UNSECURED         5093.25          .00       509.33
RESURGENCE FINANCIAL         UNSECURED        NOT FILED         .00           .00
ROUNDUP FUNDING LLC          UNSECURED         7734.96          .00       773.50
SEARS BKRUPTCY RCVRY MGM     UNSECURED        NOT FILED         .00           .00
SEVENTH AVENUE               UNSECURED          323.35          .00        32.34
RESURGENT CAPITAL SERVIC     UNSECURED          119.10          .00        11.91
SILVER CROSS HOSPITAL        UNSECURED        NOT FILED         .00           .00
SPIEGEL                      UNSECURED        NOT FILED         .00           .00
TARGET NATIONAL BANK         UNSECURED         1781.19          .00       178.12
HOME DEPOT CREDIT SERVIC     UNSECURED        NOT FILED         .00           .00
US BANK                      UNSECURED        NOT FILED         .00           .00
AFNI/VERIZON                 UNSECURED           19.60          .00         1.96
ECAST SETTLEMENT CORPORA     UNSECURED         2800.28          .00       280.03
ROUNDUP FUNDING LLC          UNSECURED         1788.64          .00       178.86
WELLS FARGO FINANCIAL RE     UNSECURED        NOT FILED         .00           .00
ROUNDUP FUNDING LLC          UNSECURED         6298.44          .00       629.84
CAPITAL ONE BANK             UNSECURED         1218.84          .00       121.88
          Summary of disbursements:
-------------------------------------------------------------------------------
                  SECURED      PRIORITY     UNSECURED         OTHER        TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  3134.49         .00     167885.65           .00    171020.14
PRINCIPAL PAID      3134.49         .00      16788.60           .00     19923.09
INTEREST PAID        125.51         .00           .00           .00       125.51
TOTAL PAID          3260.00         .00      16788.60           .00     20048.60
```

The Debtor's attorney, STUART B HANDELMAN               , was allowed $   2200.00
and was paid $   2200.00   direct and $     .00   through the plan.

The Trustee received $    919.51 .

Refunds to the Debtor totaled $    489.89 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 03/16/09                    /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE

```
                              PAGE   3
      CASE NO. 05 B 28889 TIMOTHY JOHN ARAMBASICH & MICHELLE E ARAMBASICH
```